**JACOB SINGER & ASSOCIATES**
1357 BROADWAY, PMB 418
NEW YORK, NY 10018
Tel.: (212) 760-2300
Fax: (212) 760-0188

## AGENCY AFFIDAVIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

---

JEFFFREY BLEVINS, ET AL.

VS.                                                                    INDEX# 2:18-CV-00377

PREMIUM MERCHANT FUNDING ONE, LLC.

---

State of New York, County of New York, SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of New York State.
On **APRIL 25/2018 AT 3:20P.M. at: 40 WALL STREET, SUITE 501 NEW YORK, N.Y. 10005**
Deponent served the annexed:

**SUMMONS IN A CIVIL ACTION;**
**CLASS ACTION;**
**DEMAND FOR JURY TRIAL;**

on **PREMIUM MERCHANT FUNDING ONE, LLC.** by delivering thereat a true copy to **ABE BURGER (C.O.O.)** personally; who at the time of service advised deponent that he/ she was authorized to accept service of process on behalf of PREMIUM MERCHANT FUNDING ONE, LLC..

Deponent describes the individual served as follows:
SEX/RACE (skin color): MALE / WHITE
HAIR COLOR/ APPROX. AGE;BROWN / 35-45 YRS.
APPROX. HEIGHT/ APPROX. WEIGHT:UNABLE TO DETERMINE / ACCEPTOR WAS SEATED

1434/PS4.2018128

*Jack Johnson*
#2037237

SWORN TO BEFORE ME ON April 26, 2018