# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JEFFREY BLEVINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>        Defendant. | No.: 2:18-cv-00377 |

## DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION TO STAY DISCOVERY

Premium Merchant Funding One, LLC ("Premium Merchant"), through its undersigned counsel, hereby moves the Court for an Order staying Plaintiff's discovery propounded to Movants, or, in the alternative, for a protective order with respect thereto, pending this Court's rulings on Premium Merchant's pending Motion for Judgment on the Pleadings.

A Memorandum in Support of this Motion is attached hereto and incorporated herein.

                                          Respectfully submitted,

Dated:  August 6, 2018                       */s/ James M. Doerfler*
                                          James M. Doerfler (OH #59350)
                                          Reed Smith LLP
                                          225 Fifth Avenue
                                          Pittsburgh, PA 15222
                                          Phone: 412-288-3280
                                          E-mail: jdoerfler@reedsmith.com
                                          *Counsel for Defendant Premium Merchant Funding One, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2018, a true and correct copy of the foregoing Motion for Judgment on the Pleadings has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Case Filing system.

/s/ James M. Doerfler
James M. Doerfler (OH # 59350)